# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

VALINA LYNN RACKLEY                                                           PLAINTIFF
ADC # 755889

v.                          CASE NO. 1:18-CV-00030 BSM

MCPHERSON UNIT and
ARKANSAS DEPARTMENT OF CORRECTION                                DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 13] submitted by United States Magistrate Judge Joe J. Volpe have been received, along with plaintiff Valina Rackley's objections [Doc. No. 19] thereto. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety, and plaintiff Valina Rackley's complaint [Doc. No. 9] is dismissed without prejudice. It is further certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). This dismissal constitutes a strike for the purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 3rd day of August 2018.


_____
UNITED STATES DISTRICT JUDGE